**MANDATE**

United States Court of Appeals
FOR THE
SECOND CIRCUIT

S.D.N.Y.—N.Y.C.
21-cv-9607
Schofield, J.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of December, two thousand twenty-two.

Present:
> Susan L. Carney,
> Joseph F. Bianco,
> Michael H. Park,
>> *Circuit Judges*.

In re Queen Funding, LLC, et al.,

> *Petitioners*.

Queen Funding, LLC, et al.,
> *Petitioners*,

v.  22-1906

Lateral Recovery, LLC, as assignee of Benchmark Builders, Inc., et al.,
> *Respondents*.

Petitioners have filed a petition for a writ of mandamus and request a stay of discovery pending resolution of their petition. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because Petitioners have not demonstrated that they lack an adequate, alternative means of obtaining relief, that their right to the writ is clear and indisputable, and that granting the writ is appropriate under the circumstances. *See Cheney v. U.S. Dist. Ct. for D.C.*, 542 U.S. 367, 380–81 (2004). It is further ordered that the request for a stay is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/17/2023